IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL FILE NO. 1:13-CR-440-TWT |
| JERMAINE GIBSON, | |
| Defendant. | |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 94] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 87]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the Defendant's claims of ineffective assistance of counsel are without merit. His other claims are procedurally defaulted or clearly without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 87] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 10 day of October, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge